3/27/2013
I accept the report and recommendation in all respects except one. The "partial objection" with respect to Count III raises a significant new issue with respect to whether Kelley is immune from 1983 liability for fabricated testimony by Kelley during a pretrial hearing. I remand for consideration of that issue only.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TERRY L. WILLIAMS, Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 10-10131-PBS |
| CITY OF BOSTON, et al., Defendants. | ) | |

**REPORT AND RECOMMENDATION ON DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGEMENT**

March 14, 2013

DEIN, U.S.M.J.

## I. INTRODUCTION

This case arises out of the arrest, prosecution and conviction of the plaintiff, Terry L. Williams ("Williams"), for the assault and battery of Bobbie Jean Horsley ("Horsley") on February 9, 2002. Williams claims that no such incident occurred, and that he was unlawfully framed for a crime which he did not commit. Following the reversal of his conviction and the dismissal of the criminal charges against him, Williams brought this action pro se against the defendants, the City of Boston ("City"), Boston police officers John Boyle ("Boyle") and William Kelley ("Kelley") (collectively, the "Officers"), and 20 unnamed individuals from the Boston Police Department, for alleged violations of his constitutional and state law rights.