*[Handwritten margin notes: "9/27/13 I adopt this report and recommendation and dismiss count III" and initialed annotations]*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERRY L. WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 10-10131-PBS |
| CITY OF BOSTON, et al., ) | |
| ) | |
| Defendants. ) | |

## SUPPLEMENTAL REPORT AND RECOMMENDATION ON WILLIAM KELLEY'S MOTION FOR SUMMARY JUDGEMENT

September 13, 2013

DEIN, U.S.M.J.

### I. INTRODUCTION

This case arises out of the arrest, prosecution and conviction of the plaintiff, Terry L. Williams ("Williams"), for the assault and battery of Bobbie Jean Horsley ("Horsley") on February 9, 2002. Williams claims that no such incident occurred, and that he was unlawfully framed for a crime which he did not commit. Following the reversal of his conviction and the dismissal of the criminal charges against him, Williams brought this action pro se against the defendants, the City of Boston ("City"), Boston police officers John Boyle and William Kelley, and 20 unnamed individuals from the Boston Police Department, for alleged violations of his constitutional and state law rights.

As a result of two rulings on motions for summary judgment, all claims have been dismissed except for Count III of the Complaint alleging that Officer Kelley is liable for